71, 362-02

This document contains some pages that are of poor quality at the time of imaging.

RE: 2006 - CR - W2

Writ # 2006-CR-2194-W2

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

Applicant Michael Hurtado Filed a 11.07 habeas Corpus, challenging this Courts Conviction for the 2nd time March 30, 2015. which was recieved by the District Attorneys office April 20, 2015. Applicant infurther, Submitted this court along with the Court of Criminal Appeal Clerk Abel Acosta; a "Reply- Memorandum to states Response to Applicants Writ of Habeas Corpus" and Applicants "Objection" to Most Recently Recieved Facts Findings and Conclusion of law /and Reccommendation to Dismiss, Dated and Signed by Judge Andrew w. Carruthers May 25, 2015 A order to prepare a Copy of the documents, together with any attachments and forward the same to the following Court of Criminal Appeals and Criminal D.A. Nicholas Linwood of Bexar County. A recieved Copy; dated Stamped May 11, 2015 by Abel Acosta Clerk CCA; of the Applicants Reply-Memorandum" To States Response to Applicants Writ of Habeas Corpus and Applicants "Objection" to Reccommendation to dismiss was Returned to Applicant with a letter of Confirmation " After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus Filed in the Court of Criminal Appeal at this time. If you have any further questions or concerns please direct them to the District Clerk in the convicting county where you originally filed the Application".

I am herewith returning your documents dated May 18, 2015.

To better Aid this Court of Applicants intentions concerning His 2nd Filed Writ, Applicant Request Confirmation from this Courts Clerk. As to Recieving All Most recently Filed documents pertaining to this 11.07 Habeas Corpus, along with all supplemental Record Requested in Applicants "Memorandum/objection" Submitted for support of his 11.07 Application that Should have been transfered with the Application to to Higher Appeals Courts.

This Court Should Also be mindful, due to Prior Reluctance by this Courts Clerk Filing of documents; that a Significant Certificate of Service accompanied his "Reply-Memorandum"/"objection" with appropriate federal Constituents of gov. Agencies, whom currently is being informed of all discrepencies, Past and Present, revolving around Applicants alleyeing of Wrongful Conviction by your Court.

Applicants Currently As a Member of Texas Court Conspiracy Against the People, Agreed through a Filed "Discovery Order" with his class Rep, In the United State Court of Appeals 5th Circuit dated Dec, 03, 2014 provided your Court confirmation as well of this Matter Current Status and Claim No. 14-50387, That All submitted discovery Request for information Concerning your "Charging instruments" was to me clarified and shared with Applicant to Better assist him in Challenging this Courts Conviction.

As you Should Know, Your Court officials are in the process of being Served a Civil Rights Claim, by Me through the Entity of Texas court Conspiracy Against the People, in the up in Coming Week,

through Certified Mail/Return Reciept. To keep the best interest; of All Parties of involvement; Protected by law I advise your Court and officials to comply appropriately in accordance to Texas Rules of Court, and transfer All Necessary documents; needed to give a fair Ruling on the Most Recent Submitted Habeus Corpus; to the Court of Jurisdiction. For a significant amount of time a great deal of filing documents have been delayed by your Court and it's officials, along with your refusal to follow procedures demanded by Texas due Course of law.

This has brought on the Attention of the Appropriate authorities, along with the office of the States Attorney general, and Judges of the United States Circuit Court. whom Currently is looking a the pending Claim 14-50387, in which I am a party to, as to a Civil Rights Violation.

Please be Sure and Send all Required documents to the Court of Criminal Appeals, surrounding my 11.01 Habeus Corpus, and a letter of Confirmation of a "transmittal order".

Respectfully Submitted
Michael Hurtado 1445905
Beto Unit 1391 FM 3328
Tenn Colony Tx 75880

/s/

# Certificate of Service

This is to Certify a true and Correct Copy of this Request to Comply Correspondence was Mailed to Donna Kay McKinney Bexar County District Clerk on June 2 2015. and is to be shared a Copy with Parties below, Along with a Copy being Mailed to Abel Acosta Clerk For the Court of Criminal Appeals.

1. Circuit Judges Panel
   Prado, Owen, and Graves
   United State Court of Appeals 5th Circuit
   600 Maestri Place
   New Orleans, LA 70130

2. Civil Rights Dept of Invest.
   U.S. Dept, of Justice
   956 Pennsylvania Ave N.W.
   Washington Dc 20530

3. Thomas W. Bailey Unit Chief
   Fed Bureau invest. 1000 Custer
   Hollow Rd Clarksburg W.V. 26306

4. Jeannette Clack Clerk
   Western Dist. Court of Texas
   501 West 5th Street Suite 1100
   Austin Tx 78201

5. Nicholas Lahood Criminal D.A.
   Paul Elizondo Tower 101 W. Nueva
   San Antonio, Tx 78205

6. Texas Court Conspiracy Against
   The People Class Rep Shawn Dunn
   Beto Unit 1391 Fm 3328
   Tenn Colony Tx 75880.

Respectfully Submitted
Michael Hurtado 1445965
Beto Unit 1391 Fm 3328
Tenn Colony Tx 75880
/s/ Michael Hurtado